

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Gregory James Shelton v. The State of Texas

Appellate case number:   01-15-01056-CR

Trial court case number: 71889

Trial court:             23rd District Court of Brazoria County

      Appellant, Gregory James Shelton, has filed a motion for extension of time to file a motion for rehearing and has filed a motion to suspend rule 2 of the Texas Rules of Appellate Procedure. We DENY the motion for extension of time to file a motion for rehearing as untimely. We DENY the motion to suspend rule 2 of the Texas Rules of Appellate Procedure as moot.

      It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                 Acting individually


Date:  December 6, 2016